In the Matter of the Application of PETER KENNEY, Appellant, for a Mandamus Order against H. KENNEY SONS, INC., a Domestic Corporation, Its Secretary, Treasurer and President and Other Officer, if Any, Who Has or Ought to Have the Custody of the Records of Said Corporation, Respondent.— Order, dated March 6, 1941, granting in part appellant's application for an examination and inspection of the books and records of respondent, and providing that the examination and inspection shall continue for not more than five business days, modified on the facts by striking from the last ordering paragraph the word " five " and inserting in place thereof the word " ten." As thus modified, the order, in so far as appealed from, is affirmed, without costs, the examination to proceed on the fifth day following service of a copy of the order to be entered hereon. No opinion. Appeal from order denying appellant's motion for resettlement of the order dated March 6, 1941, dismissed, without costs. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

In the Matter of JOHN LARKIN, by JOSEPHINE LARKIN, His Mother, Respondent, against EDWARD LARKIN, Appellant.— Order of the Domestic Relations Court of the City of New York (Family Court), County of Kings, dated October 14, 1940, granting reargument and on reargument adhering to the original decision which directed the appellant to pay three dollars weekly toward the support of his grandchild, reversed on the law and the facts and the proceeding dismissed. The appeal from the order dated September 26, 1940, and the appeal from the denial of the motion to dismiss the petition are dismissed. Under the facts and circumstances of the case, the appellant is not liable for the support of the petitioner. Under the statute the grandfather is only secondarily liable and there is no proof that the child is the recipient of public support or that he is likely to become a public charge. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

In the Matter of the Application of SYLVIA LOCKWOOD, Respondent, against ROBERT LEROY and Others, Constituting the Board of Appeals of the Incorporated Village of Old Brookville, Nassau County, New York, Appellants.— Final order reversing a determination of the board of appeals of the Incorporated Village of Old Brookville, Nassau County, N. Y., sustaining the petition herein, and directing the issuance of a building permit to respondent, unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

